UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY** **DATE:** 8/29/2017
United States Magistrate Judge
**TIME:** 12:00 p.m.

**DOCKET NO:** CV 15-3270 (JS)

**CASE:** Sajous v. Southern Wine & Spirits, et al

___ INITIAL CONFERENCE
 X  STATUS CONFERENCE                     BY TELEPHONE X
___ SETTLEMENT CONFERENCE
___ FINAL CONFERENCE
___ DISCOVERY CONFERENCE

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Steven Moser | Keith Thorell |
| | | J. Warren Mangan |

**The following rulings were made:**

The court has been advised that the matter has settled.  Upon finalization of the settlement, the parties are directed to submit a stipulation of discontinuance to the District Judge.

**SO ORDERED:**
_____/s/_____