UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Marie Josianne Sajous

    -V-

Southern Wine & Spirits of New York, Inc.
Wine, Liquor & Distillery Workers Local 1D

----------------------------------------------------------X

ORDER OF DISCONTINUANCE
CV 15-3270 (JS)(ARL)

Appearances:

For Plaintiff(s):
Steven Moser, Esq.
3 School St.   #207B
Glen Cove  NY 11542

For Defendant(s):
Keith Thorell, Esq.
Korshak Kracoff Kong & Sugano
1640 S. Sepulveda Blvd.   #520
Los Angeles  CA 90025

J. Warren Mangan, Esq.
O'Connor & Mangan
271 North Av.   #610
New Rochelle  NY 10801

SEYBERT, District Judge:

    The above-captioned case was commenced on Jun. 4, 2015, with the filing of a complaint.

    In a telephone appearance before Mag. Judge Arlene Rosario Lindsay on Aug. 29, 2017 (docket entry [45]), the parties indicated that they had settled the case. No stipulation of discontinuance has been submitted to date.

    IT IS HEREBY ORDERED that this action be discontinued without prejudice to reopening should the settlement not be consummated. The Clerk of Court is directed to close the case and terminate pending motions, if any.

    SO ORDERED.

Dated: Oct. 20 , 2017
Central Islip NY

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.